

# Fourth Court of Appeals
## San Antonio, Texas

January 16, 2015

No. 04-13-00339-CR

Elias Esequiel **VASQUEZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. 11-CRS-272
Honorable Ana Lisa Garza, Judge Presiding

# O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
             Karen Angelini, Justice
             Marialyn Barnard, Justice

The panel has considered the Appellant's Motion for Rehearing, and the motion is DENIED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of January, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court